**Justin H. STUART, Appellant,**

v.

**James KONTARATOS, D.C., et al., Appellees.**

No. 05–13–00005–CV.

Court of Appeals of Texas, Dallas.

Jan. 16, 2013.

Charles "Chad" Baruch, Rowlett, TX, for appellant

Michael Rossetti, Dallas, TX, for appellees.

Before Chief Justice WRIGHT, Justice LANG–MIERS and LEWIS.

## OPINION

Opinion by Chief Justice WRIGHT.

Before the Court is appellant's January 9, 2013 unopposed motion to dismiss the appeal. In the motion, appellant states the parties have settled this case and appellant no longer wishes to prosecute this appeal. We grant appellant's motion and dismiss this appeal. *See* TEX.R.APP. P. 42.1(a)(1).